PATRICK J. MCCARTHY, Greenberg Traurig LLP, Washington, DC, argued for plaintiff-appellee. Also represented by RYAN BRADEL, RONALD J. PABIS, STEPHEN K. SHAHIDA.

PATRICK J. ARNOLD, JR., McAndrews, Held & Malloy, Ltd., Chicago, IL, argued for defendants-appellants. Also represented by DAVID Z. PETTY.

### JUDGMENT

Per Curiam (Prost, Chief Judge, Newman and Bryson, Circuit Judges).

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ELIOT JAMES WALKER, Skiermont Derby LLP, Dallas, TX, argued for plaintiff-appellant. Also represented by PAUL SKIERMONT, STEVEN UDICK, SARAH ELIZABETH SPIRES.

CALVIN P. GRIFFITH, Jones Day, Cleveland, OH, argued for defendant-appellee. Also represented by JOHN CHARLES EVANS; ANTHONY M. INSOGNA, San Diego, CA; JENNIFER LORAINE SWIZE, DANIEL KAZHDAN, Washington, DC.

### JUDGMENT

Per Curiam (Prost, Chief Judge, Schall and Chen, Circuit Judges).

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

**ANDRULIS PHARMACEUTICALS CORPORATION, Plaintiff–Appellant**

v.

**CELGENE CORPORATION, Defendant–Appellee**

2015–1962

United States Court of Appeals, Federal Circuit.

July 14, 2016

**WESTERN STATES FEDERAL CONTRACTING, LLC, Appellant**

v.

**DEPARTMENT OF VETERANS AFFAIRS, Appellee**

2016–1042

United States Court of Appeals, Federal Circuit.

Decided: July 15, 2016